**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CENTER FOR BIOLOGICAL DIVERSITY, and
CENTER FOR ENVIRONMENTAL HEALTH,

      Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and
MICHAEL S. REGAN, in his official capacity as
Administrator, United States Environmental Protection Agency,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

To:    United States Environmental Protection Agency
       Attn: Michael S. Regan, Administrator
       1200 Pennsylvania Avenue, NW
       Washington, D.C. 20460

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiffs or plaintiffs' attorneys, whose names and addresses are:

      Kevin J. Lynch
      Wyatt G. Sassman
      Amy E. Volz
      Environmental Law Clinic
      University of Denver Sturm College of Law

1

2255 East Evans Avenue
Denver, CO 80208

Robert Ukeiley
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

(Seal of the Court)