**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-559

CENTER FOR BIOLOGICAL DIVERSITY, and
CENTER FOR ENVIRONMENTAL HEALTH,

      Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and
MICHAEL S. REGAN, in his official capacity as
Administrator, United States Environmental Protection Agency,

      Defendants.

**CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and their members, no other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Pursuant to Federal Rule of Civil Procedure 7.1, there is no parent corporation or any publicly held corporation owning ten percent (10%) or more of its stock for the plaintiffs in this case.

      Respectfully submitted,

      *s/Kevin J. Lynch*

      Kevin J. Lynch
      Wyatt G. Sassman
      Amy E. Volz
      Environmental Law Clinic
      University of Denver
      Sturm College of Law
      2255 E. Evans Ave.,

Denver, CO 80208
Phone: (303) 871-6140
klynch@law.du.edu
wsassman@law.du.edu
avolvz@law.du.edu

Robert Ukeiley
Senior Attorney – Environmental Health
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Telephone: (720) 496-8568
rukeiley@biologicaldiversity.org


Attorneys for Center for Biological Diversity and Center for Environmental Health

Dated: March 8, 2022